IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HENRY GUY JONES,

    Plaintiff,

    v.

J. A. KELLER WARDEN, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-4043-TWT

ORDER

This is a Bivens action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending that the Plaintiff's deliberate indifference to medical needs be allowed to go forward. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's deliberate indifference to medical needs claim may go forward. All other claims are dismissed.

    SO ORDERED, this 28 day of February, 2013.

                                          /s/Thomas W. Thrash
                                          THOMAS W. THRASH, JR.
                                          United States District Judge